UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:06MJ179(TPS) |
| JASON PALMEIRA | : | February 13, 2007 |

<u>UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE</u>

     Jason Palmeira is presently at liberty on a $100,000 nonsurety bond with special conditions which include requirements that he (1) reside with his parents in Springfield, Massachusetts and (2) abide by a curfew from 10:00 p.m. to 6:00 a.m. with electronic monitoring. He is and has been in compliance with all special conditions. Mr. Palmeira is getting married on Saturday, February 17. By this motion, Mr. Palmeira is seeking permission to stay in a hotel in Massachusetts with his new wife for three days and nights -- from February 17 through February 19 -- and thus to be excused from the requirements that he reside with his parents and have electronic monitoring of his curfew for those three days and nights. Counsel for the Government, the United States Probation Office in this District and the United States Probation Office in the District of Massachusetts have no objection to this request on the condition that Mr. Palmeira advise his supervising United States Probationer in Massachusetts of the precise location where he and his new bride will be staying during the period of time in question. It is Mr. Palmeira's intention to resume living with his parents at the conclusion of this period of time and his wife will live there as well.

                              Respectfully submitted,

                              The Defendant,
                              Jason Palmeira

                              Thomas G. Dennis
                              Federal Defender

Dated: February 13, 2007          /s/_____
                                                Gary D. Weinberger
                                                Asst. Federal Defender
                                                10 Columbus Blvd, FL 6
                                                Hartford, CT 06106-1976
                                                Bar No. ct05085
                                                (860) 493-6260
                                                Email: gary.weinberger@fd.org

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been delivered to Geoffrey Stone, Assistant United States Attorney, and Kattya Lopez, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 13 day of February 2007.


      /s/
    Gary D. Weinberger