UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:06MJ179(DFM) |
| JASON PALMEIRA | : | April 4, 2007 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The defendant, Jason Palmeira, moves for a temporary modification of his travel restrictions to permit him to travel to Hillsdale, New York on Sunday, April 8, 2007, to have Easter dinner with his sister.

If approved, Mr. Palmeira will depart at approximately 11:00 a.m. and return no later than 9:00 p.m. His sister's name, address and telephone number is: Sheri Smith, 11 Coldwater Road, Hillsdale, NY, (518) 325-9387.

Assistant United States Attorney Geoffrey Stone and Supervising United States Probation Officer Michael Sheehan has no objection to the granting of this motion.

Respectfully submitted,

The Defendant,
JASON PALMEIRA

Thomas G. Dennis
Federal Defender

Dated: April 5, 2007

Gary D. Weinberger
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05085
(860) 493-6260
Email: gary.weinberger@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Modify Conditions of Release has been mailed to Geoffrey Stone, Assistant United States Attorney, Federal Building, 450 Main Street, Hartford, CT 06103, on this 5th day of April 2007.

Deirdre A. Murray