UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:07CR116 (RNC) |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 2423(b) |
| JASON ANTHONY PALMEIRA | : | (Interstate Travel for the Purpose of |
| | : | Engaging in Illicit Sexual Conduct) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about July 13, 2006, the defendant, **JASON ANTHONY PALMEIRA**, did knowingly travel in interstate commerce, that is, from the State of Connecticut to the State of Massachusetts, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person who had attained the age of twelve years but had not attained the age of sixteen years, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
DAVID A. RING
SUPERVISORY ASSISTANT UNITED STATES ATTORNEY

_____
GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY