UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:07CR116(RNC) |
| JASON PALMEIRA | : | June 20, 2007 |

## MOTION TO MODIFY CONDITIONS OF RELEASE

Jason Palmeira was released at the time of his arrest on August 1, 2006, on a $100,000 non-surety bond co-signed by his parents. It was a condition of that bond that Mr. Palmeira reside with his parents at their home in Springfield, Massachusetts. Mr. Palmeira has complied with the conditions of his release since that time.

Mr. Palmeria's circumstances did not change but the law changed. 18 U.S.C. § 3142(c)(1)(B) was amended by the so-called "Adam Walsh Act" to require electronic monitoring as a condition of release in any case involving a sex offense. Therefore, Mr. Palmeira agreed to a modification of his conditions wherein he would be subject to a curfew from 10:00 p.m. to 6:00 a.m. with electronic monitoring.

Mr. Palmeira's circumstances thereafter changed in that he has gotten married. He and his new wife live with Mr. Palmeira's parents. Mr. Palmeira is seeking to modify the curfew for Saturday nights so that he and his wife can spend more time together outside the home of Mr. Palmeira's parents on Saturday nights. Mr. Palmeira's wife is willing to co-sign the bond in the capacity of a custodian and thus to have Mr. Palmeira in her custody on Saturday nights. Application was made in open court on this date to the Magistrate Judge who set the bond. The application was denied in all respects, with a directive to bring the matter before Your Honor if desired. Hence, by this motion, Mr. Palmeira is seeking an immediate hearing before Your Honor to address this request.

Respectfully submitted,

The Defendant,
Jason Palmeria

Thomas G. Dennis
Federal Defender

Dated: June 20, 2007                /s/
                                    Gary D. Weinberger
                                    Asst. Federal Defender
                                    10 Columbus Blvd, FL 6
                                    Hartford, CT 06106-1976
                                    Bar No. ct05085
                                    (860) 493-6260
                                    Email: gary.weinberger@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2007, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                    /s/
                                    Gary D. Weinberger